THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Marvin Shorow
 Miller, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2008-UP-188
Submitted March 4, 2008  Filed March 18,
 2008     
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren B. Giese, for Respondent.
 
 
 

PER CURIAM:  Marvin
 Shorow Miller (Appellant) pled guilty to first-degree burglary and possession
 of burglary tools.  On appeal, counsel for Appellant has filed a final brief
 along with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.          
APPEAL DISMISSED.[1]
HUFF, KITTREDGE, and WILLIAMS, JJ., concur. 

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.